UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD ENRIQUE ULLOA,** : | |
| Plaintiff : | CIVIL ACTION NO. 3:15-0182 |
| v : | |
| | (JUDGE MANNION) |
| **FEDERAL BUREAU OF PRISONS** : | |
| Defendant : | |

# O R D E R

Upon consideration of this Court's March 12, 2015 Order, reopening the above captioned action (See Doc. 12), **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to serve a copy of the petition for writ of habeas corpus, (Doc. 1), and this Order on Respondent and the United States Attorney.

2. Respondent shall show cause within twenty-one (21) days of the date of this Order why the Petitioner should not be granted habeas corpus relief.

3. A determination as to whether the Petitioner shall be produced for a hearing will be held in abeyance pending the filing of a response.

4. Petitioner, shall, if he so desires, file a reply to the response to the show cause order within fourteen (14) days of the filing of the response.

5. Petitioner's motion for reconsideration of this Court's March 9, 2015 Order closing the above captioned action (Doc. 15) is **DISMISSED** as moot.

6. Petitioner's motion demanding jury trial (Doc. 13) is **DENIED**.

*s/ Malachy E. Mannion*
**Malachy E. Mannion**
**United States District Judge**

**DATE:** March 17, 2015
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2015 ORDERS\15-0182-03.wpd