United States District Court
For the
Middle District of Pennsylvania

FILED
SCRANTON

SEP 28 2015

PER_____
DEPUTY CLERK

ULLOA
V.
Federal Bureau of
Prisons

CIVIL ACTION. 3:15-CV-00182

MOTION FOR DEFAULT
RULE 60, RULE 55 (b)(2)

COMES NOW, Richard-Enrique: Ulloa, petitioning THIS COURT IN PROPIA PERSONA, SUI JURIS and SUBMITS THIS MOTION TO ENTER A DEFAULT JUDGEMENT IN FAVOR OF PETITIONER/CLAIMANT BASED ON F.R. CIV. P. 55(b)(2) Respondent has failed to Respond TO PETITION WHICH WAS AN AFFIDAVIT, And HAS been ESTOPPLED by his non-responses to THE LAWS SITED IN ULLOA PETITION/AFFIDAVIT. Respondent has failed to respond to all errors IN LAW STATED IN PETITION/AFFIDAVIT.
A non-Response to "CLAIMS OF FACT" LAID OUT IN MY COMPLAINT/AFFIDAVIT REQUIRES A DEFAULT Judgment TO BE GRANTED and ENTERED.
PETITIONER/CLAIMANT IS ALLOWING SEVEN (7) DAYS FOR RESPONDENT TO RESPOND TO THIS MOTION OF DEFAULT AND REQUEST THIS COURT FOR A HEARING AND ISSUE A DEFAULT JUDGMENT IN 15-CV-00182.

MOTION FOR DEFAULT

# BACKGROUND

① A DEFAULT JUDGEMENT MAY be entered based ON/UPON   1) MISTAKE, 2)- INADVERTANCE 3)- Neglect, 4) - FRAUD And 5)- New EVIDENCE discovered.

② Respondent Neglected TO Respond TO AFFIDAVIT AND COMMITTED FRAUD by STATING TO THIS COURT THAT ULLOA (PETITIONER/CLAIM-ANT) OPENED AND OR IS responsible FOR OPENING SEVERAL CASES IN DISTRICT AND APPEALS COURT IN NEW YORK STATE.

③ Respondent FAILED TO Respond to PETIONERS/CLAIMANTS AFFIDAVIT POINT BY POINT, AND IS NOW ESTOPPELED his POSITION LEAVING PETIONERS/CLAIMANTS AFFIDAVIT AS TRUTH WITHOUT REBUTTEL. SEE CAN OF AFFIDAVITS (3 AM JUR) 2nd Sect 20. THIS IS THE DEFINITION OF A DEFAULT JUDGEMENT.

④ Respondent did NOT CONTEST PLEADINS IN COMPLAINT OR FILING. SEE Fed. R. Civ. P. 55 AND US v Tweel 550 F2d. 297 299 - 300, WHICH Rules "SILENCE IS FRAUD", WHERE THERE IS

AN OBLIGATION OR MANDATE TO REPLY.
AN ORDER WAS ISSUED TO REPLY TO
THIS COMPLAINT, AND RESPONDENT
REMAINED "SILENT" ON ALL POINTS
OF LAW. THERE BY COMMITING A
FRAUD UPON THIS COURT.

(5) By choosing NOT TO REPLY, Respondent
WILL NOT be ALLOWED TO be heard TO
deny THIS CLAIM. SEE TAYLOR V CITY
OF BALLWIN 859 F2d. 1330~1333
(8TH CIR 1988)

(6) NOTICE OF deFAULT JUDGEMENT IS ISSUED
UPON REPLY TO AN ORIGINAL FILING/
COMPLAINT, NON CONTEST, NON-COMPLIANCE
OR CONTEMPT FOR THE LAW which
SUPPORT "WILLFUL deFAULT"
COMBK OF KUWAIT 15 F3d. 238.249
(CA2 1993)

(7) ENTRY OF deFAULT JUDGEMENT IS done AGAINST
"A disobediant PARTY OF LAW", "ABUSE OF
discreTIO", AND "PROHiBiTed ACTIONS",
Fed. R. Civ. P. Rule 55.

(8) Defendant has disobeyed THE SHOW
CAUSE ORDER BY NOT RESPONDING

MOTION FOR DEFAULT

BY NOT RESPONDING TO ULLOA'S § 2241
OF 'PETITION FOR IMMEDIATE RELEASE due
TO ERROR IN LAW".
RESPONDENT did NOT RESPOND TO ANY OF
THE ERROR IN LAW. LEAVING ULLOA'S
AFFIDAVIT AS TRUTH.

⑨ RESPONDENT FAILED TO address THE
SUPREME COURT'S decisions OF
BLACK, SKILLING, McNALLY, bUT instead
Chose to ATTACK ULLOA by MISREPRESENTING
THE FACTS WITHOUT PROOF THAT ULLOA
OPENED ALL THE CASES RESPONDENT
CLAIMED IN THE SECOND district AND
APPELATE COURTS IN NEW YORK STATE.

⑩ SINCE § 1341 IS A FEDERALLY bANNED
STATUE, defendant/RESPONDENT MUST
CURE THE defAULT. SEE BLACK
AT GINSBURG OPINION.

⑪ FOR THESE REASONS ABOVE AND THROUGOUT
PETITION / AFFIDAVIT, PETITIONER / CLAIMANT
Request habeas be GRANTED, AND
DEFAULT Judgement be entered.
SEE PREVIOUS MEMORANDUM OF LAW,
DEFAULT JUDGEMENT, ANYTHING LESS IS
UNCONSTITUTIONAL, USE OF STATUE

MOTION FOR DEFAULT

definition is arbitrary and discriminatory practice banned by the Supreme Court.

(12) ULLOA stand on all affidavits, notices of objection, notice of default which have gone unanswered by the Respondent,

THEREFORE ULLOA demand a default judgement to be entered. And habeas GRANTED.

DATED: 9/25/2015

Respectfully Submitted

Richard ULLOA
PRO PER
SUI JURIS

# CERTIFICATE OF SERVICE

THE UNDERSIGNED CERTIFIES THAT A TRUE AND CORRECT COPY OF THIS NOTICE OF DEFAULT, MOTION OF DEFAULT, AFFIDAVIT OF DEFAULT, NOTICE OF MOTION FOR CASE 15-CV-00182 HAS BEEN SENT BY US MAIL TO THE FOLLOWING WITH A COPY TO THE CLERK OF THE USDC OF THE MIDDLE DISTRICT OF PENNSYLVANIA.

ADDRESSEE

MICHAEL BUTLER
US ATTORNEY
228 WALNUT ST
PO BOX 11754
HARRISBURG PA 17108

DATED: 9/28/15

Richard Willor
PRO PER
SUI JURIS

ULLOA Richtmo
1121 OVINGTON Ave #2
Brooklyn, NY, 11219

U.S. POSTAGE
PAID
BROOKLYN,NY
11219
SEP 22, 15
AMOUNT
$0.93
00101885-08

COURT Clerk
USDC M.d for DISTRICT oF PA
PO BOX 1148
235 N WASHINGTON Ave
SCRANTON, PA  185O1-1148

RECEIVED
SCRANTON
SEP 2 8 2015
PER _____ DEPUTY CLERK

15-CV-00182