United States District Court
For the
Middle District of Pennsylvania

ULLOA,
    v.,
Federal Bureau of Prisons,

Civil Action, 3:15-CV-00182

Notice of Motion for Default

TO ALL PARTIES AND THEIR ATTORNEYS of Record:

Notice is given, that Richard-Enrique Ulloa will bring the attached motion on for hearing before this Court on _____ at _____, or as soon after that time as the matter can be heard, in court room no. _____, of the United States Court house located at Harrisburg, PA.

Dated: 9/28/2015

FILED
SCRANTON
SEP 2 3 2015
PER _____ DEPUTY CLERK

Respectfully submitted

Richard-Enrique Ulloa
Pro Per
Sui Juris.