United States District Court
For The
Middle District Of Pennsylvania

ULLOA
v.
Federal Bureau of Prisons

CIVIL ACTION NO. 3:15-CV-00182

AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT.

FILED
SCRANTON
SEP 28 2015
PER_____
DEPUTY CLERK

---

Richard-Enrique Ulloa is not represented and comes before this court as a proper person, sui juris, and not in pro se standing.

I never submitted to this or any court a 28 U.S.C. § 2255 request.

I never submitted any § 2255's to the Second District or Appeals Courts.

The Clerk of this court has been the only person or entity submitting papers to the Second District and Second Circuit without consent or permission from me in writing or otherwise.

AFFIDAVIT FOR DEFAULT

THE COURT CLERK OF THIS COURT IS IN VIOLATION OF THE CASTRO DOCTRINE.

Respondent did not address or rebutt my arguments in BLACK, thereby leaving my arguments as FACT and TRUTH.

Respondent did not address or rebutt my arguments in SKILLING, thereby leaving my arguments as FACT and TRUTH.

Respondent did not address or rebutt my Ginsberg argument on the Federal Ban of § 1341 etc.

Respondent did not contest, address, deny or rebutt my claim of issuing authority in McNALLY v US 483 US 350 (1987), thereby leaving Petitioners argument as TRUTH.

Respondent did not contest, address, deny or rebutt my claims as per BLACK v US 561 US Sc. (2010), SKILLING v. US 561 Sc. (2010)(2013)

AFFIDAVIT FOR DEFAULT

Respondent did not address, contest, deny or rebutt my claims bought forth in Preston, Panarella, Clark v. Anderson, or any argument based in law and fact.

Nothing in Petitioners/Affidavit/Petition has been contested, rebutted, addressed, denied, leaving Petioners arguments as fact in law, and leaves Respondent impitant and estopped to argue any futher.

All above statements are true, so help me God.

Respectfully submitted

Dated: 9/28/2015

Richard Enrique Ulloa
Pro Per
Sui Juris