United States District Court
For the
Middle District of Pennsylvania

ULLOA,
V.
Federal Bureau of Prisons

Civil Action No. 3:15-CV-00182

NOTICE OF DEFAULT ACTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is given, that Richard-Enrique Ulloa will bring the attached before the Court.

Thereby this is your seven day notice, for request to enter a default judgement.

DATED: 9/28/2015

Respectfully submitted

Richard Enrique Ulloa
Pro Per
Sui Juris

FILED
SCRANTON
SEP 29 2015
PER ___ DEPUTY CLERK