FILED
HARRISBURG, PA
NOV 0 2 2015
MARIA E. ELKINS, CLERK
Per_____

October 31, 2015

Christopher C. Conner, Chief Judge
U.S. District Court
Middle District of Pennsylvania
228 Walnut Street,
P.O. Box 983
Harrisburg, PA 17101

RE: 3:15-CV-00182

Honorable Chief Judge Conner;

I hope that this finds you in good health. Once again I am writing to you for your assistance in a court administrative matter on case 3:15-CV-00182, Ulloa v. Federal Bureau of Prisons, a habeas corpus which was filed on 2015-01-23, Pacer case number 101839.

I have requested several items to be processed by the court either by form, motion, affidavit or petition and they have as far as I can see in the docket been ignored. I am asking for you assistance in getting these requests adjudicated and processed.

1. I have asked the clerk of court and in my petition that this cause be marked as a JURY TRIAL. So far this has been ignored.
2. I have asked the clerk to mark the cause as In forma Propia Persona and it is still marked as PRO SE. As you are well aware this is a major difference in a pro se litigant and one standing as a real man.
3. I have declined that this matter be handled by a Magistrate Judge and be assigned to a trial judge. Forms and Motions have been submitted for this action. My form and this action have been ignored.
4. Judge Mannion ORDERED the Federal Bureau of Prisons to RESPOND to my petition, but they failed to address any statements made in my AFFIDAVIT and PETITION, thereby making their RESPOND a non-response.
5. The SHOW CAUSE ORDER was issued on 3/17/2015, RESPONSE was delivered on 4/7/2015 and REPLY was delivered on 4/21/2015. To date no trial judge, trial or adjudication to my petition for ERROR IN LAW has been entered.
6. My Motion for Default judgment on 3/11/2015 has not been responded to or adjudicated.
7. My MOTION for Default Judgment, Brief, Affidavit, certificate of Service dated 9/28/2015 to US Attorney and Request for Entry of Default was filed on 09/28/2015 and to date has not been responded to by the US Attorney. I wish the Court to ENTER my DEFAULT judgment.

As you can see, this Petition has been lingering since January of this year.

Any action you can take to move this process forward would be appreciated, if action is against me at least I can use the appeal process and get the matter adjudicated that way.

Again, thank you for your support in this matter and I apologized for having to get you involve in what should just be administrative actions.

Sincerely;

Richard Enrique Ulloa
In Forma Propia
Sui Juris
3:15-CV-00182

## Case details

| Court: | pamd |
|---|---|
| Docket #: | 3:15-cv-00182 |
| Case Name: | Ulloa v. Federal Bureau of Prisons |
| PACER case #: | 101839 |
| Date filed: | 2015-01-23 |
| Assigned to: | Honorable Malachy E Mannion |
| Referred to: | Pro Se Law Clerk DB |
| Case Cause: | 28:2241 Petition for Writ of Habeas Corpus (federa |
| Nature of Suit: | 530 Habeas Corpus (General) |
| Jury Demand: | None |
| Jurisdiction: | U.S. Government Defendant |

## Parties

| Represented Party | Attorney & Contact Info |
|---|---|
| Richard Enrique Ulloa<br>Petitioner | Richard Enrique Ulloa<br>17902-052<br>LSCI Allenwood Low<br>SPECIAL MAIL - OPEN ONLY IN THE PRESENCE OF THE INMATE<br>PO Box 1000<br>White Deer, PA 17887<br>PRO SE |
| Federal Bureau of Prisons<br>Respondent | Kate Mershimer<br>U.S. Attorney's Office<br>228 Walnut St.<br>Suite 220<br>Harrisburg, PA 17108-1754<br>717-221-4482<br>Fax: 717-221-4582<br>Email: Kate.L.Mershimer@usdoj.gov<br>LEAD ATTORNEY<br>ATTORNEY TO BE NOTICED<br><br>Michael Butler<br>United States Attorney's Office<br>228 Walnut Street<br>Suite 220<br>Harrisburg, PA 17108<br>717-221-4482<br>Fax: 17172212246<br>Email: Michael.J.Butler@usdoj.gov<br>ATTORNEY TO BE NOTICED |

## Documents

| Date Filed | Document # | Attachment # | Short Description | Long Description | Upload date | SHA1 hash |
|---|---|---|---|---|---|---|
| 2015-01-23 | 1 | 0 | | PETITION for Writ of Habeas Corpus filed by Richard Enrique Ulloa. (Attachments: # 1 Exhibit(s) Letter re: Judge Mannion's Order, # 2 Exhibit(s) Letter with Petition for Immediate Release)(vy) (Entered: 01/27/2015) | | |
| | 1 | 1 | Exhibit(s) Letter re: Judge Mannion's Order | | | |
| | 1 | 2 | Exhibit(s) Letter with Petition for Immediate Release | | | |
| 2015-01-27 | 2 | 0 | | PRO SE LETTER ISSUED w/ Notice & Consent Form. (Attachments: # 1 Notice of Consent) (vy) (Entered: | | |

ULLOA, RICHARD
c/o 1121 OVINGTON Ave
BKLYN, NY 11219

RECEIVED
HARRISBURG, PA
NOV 02 2015
MARIA E. ELKINS, CLERK
Per _____

Honorable Christopher C. Conner
US District Court Middle District
228 Walnut Street.
PO Box 983
Harrisburg, PA 17101